IN RE: YOUNG, FREDERICK
YOUNG, JUDY

CASE NO. 04-14998

---

J. Marshall Miller, Trustee
109 North Oregon Street, Suite 413
El Paso, TX 79901

Case #: 04-14998-EWM
Case: YOUNG, FREDERICK W. AND YOUNG, JUDY K. Debtor(s).

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

VOID AFTER 90 DAYS    DATE: 07/18/2011    CHECK NO: 3036

PAY: FOUR HUNDRED NINETY AND 77 / 100    $490.77

TO THE ORDER OF:
Clerk, US Bankruptcy Court, EDLA
500 Poydras Street
Room B-601
New Orleans, LA 70130

_____
Trustee

Unclaimed Funds

⑈00003036⑈ ⑆113005549⑆ ⑈715104499⑈

7/22/11

DEPOSITED TO TREASURY
UNCLAIMED.
DUE: CITIBANK (SOUTH DAKOTA) N.A.

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228860 — KW
* * C O P Y * *
July 22, 2011
15:15:48

TREASURY REGFUND
04-14998
Debtor.: FREDERICK W. YOUNG
Trustee: J. Marshall Miller
Amount.:          $490.77 CH
Check#.: 3036

Total-> $490.77

FROM: MILLER

J. Marshall Miller
Chapter 7 Bankruptcy Trustee
109 N. Oregon Street, Suite 413
El Paso, Texas 79901
Tel: 915-842-8201
Fax: 915-760-5334
Email: marshall_miller@att.net

FILED
2011 JUL 22 P 1:47
CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

July 18, 2011

Clerk of Court
US Bankruptcy Court
Eastern District of Louisiana
500 Poydras Street, Suite B-601
New Orleans, LA 70130

RE: Funds to be deposited into the Registry of the Court.

Please deposit the enclosed check into the registry of the court, which represents distributions to creditor undeliverable to the creditor.

| Check # | $Amount | Case # | Claim # | Name of Creditor to Whom Surplus Funds are Due |
|---|---|---|---|---|
| 3010 | $5,374.70 | 04-19478 | 6 | Citibank, N.A. |
| 3036 | $490.77 | 04-14998 | 10 | Citibank (South Dakota) N.A. |
| 3039 | $670.98 | 04-14998 | 11 | Citibank (South Dakota) N.A |
| 3038 | $1,130.93 | 04-14998 | 2 | Bank One Card Services |

With kindest regards, I remain

Sincerely,

*[signature]*

J. Marshall Miller
Chapter 7 Bankruptcy Trustee

JMM/mm
Enclosures